UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 4, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Shirley Lindsay,

    Plaintiff,

v.

Carolyn K. Mulne et al,

    Defendant.

2:19-cv-01166-VAP-GJSx

**JUDGMENT**

Pursuant to the Order Dismissing Defendant Mulne for Failure to Serve, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Carolyn J. Mulne. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 10/4/19

Virginia A. Phillips
Chief United States District Judge